**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| **JOHNNY HARVILLE,** | § § § | **Case No. 4:24-cv-02993** |
| **Plaintiff.** | § § § |  |
| **v.** | § § |  |
| **ETHOSENERGY FIELD SERVICES, LLC,** | § § § |  |
| **Defendant.** | § |  |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Johnny Harville and Defendant EthosEnergy Field Services, LLC, hereby stipulate and agree to the dismissal with prejudice all claims with each party to bear their own attorneys' fees, costs, and expenses.

Respectfully submitted, this 19th day of March 2026.

/s/ Alvin Adjei
Alvin Adjei
Federal ID No. 2985474
**HKM EMPLOYMENT ATTORNEYS LLP**
1201 Fannin Street, Suite 202
Houston, Texas 77002
Telephone: (832) 356-2684
Facsimile: (832) 356-2684
Email: aadjei@hkm.com

**Counsel for Plaintiff Johnny Harville**

/s/ Bryan Edward Bowdler
Samuel Zurik, III
Bryan Edward Bowdler
**THE KULLMAN FIRM, P.L.C**
1100 Poydras Street, Suite 1600
New Orleans, Louisiana 70163
Telephone: (504) 524-4162
Facsimile: (504) 596-4189
Email:  sz@kullmanlaw.com
            beb@kullmanlaw.com

**Counsel for Defendant EthosEnergy Field Services, LLC**

### CERTIFICATE OF SERVICE

I certify that on March 19, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Bryan Edward Bowdler
Bryan Edward Bowdler

2

4906-9997-3017, v. 1